UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-09-2



FILED

2010 OCT -6  P 2 00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| UNITED STATES OF AMERICA | : | Case No: |
|---|---|---|
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. § 844(e) (Using the U.S. mail to communicate a bomb threat) |
| ROLAND PREJEAN<br>a/k/a Gary Joseph Gravelle | : | 18 U.S.C. § 876 (c) (Mailing threatening communications) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 3, 2010, in the District of Connecticut and elsewhere, ROLAND PREJEAN a/k/a Gary Joseph Gravelle, the defendant herein, through the use of the mail, willfully made a threat to kill, injure and intimidate employees of the Thomaston Post Office located at 150 Main Street, Thomaston, Connecticut, and to unlawfully damage and destroy a building and other real and personal property, namely, the Thomaston Post Office located at 150 Main Street, Thomaston, Connecticut, by means of an explosive.

In violation of Title 18, United States Code, Section 844(e).

### COUNT TWO

On or about September 3, 2010, in the District of Connecticut and elsewhere, ROLAND PREJEAN a/k/a Gary Joseph Gravelle, the defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication, dated September 3, 2010, addressed to the "Thomaston Post Office, Thomaston, Ct. 06787," which enclosed a letter addressed to another person, namely, the "Postal Manger [sic] Thomaston Branch," who is an officer or employee of the United States or of any agency in any branch of the United States Government, and who is covered by 18 U.S.C. § 1114, which together were addressed to another person or persons, and together

threatened to injure the person of another, namely employees of the Thomaston Post Office located at 150 Main Street, Thomaston, Connecticut, who are officers or employees of the United States or of any agency in any branch of the United States Government, and who are covered by 18 U.S.C. § 1114.

In violation of Title 18, United States Code, Section 876(c).

### COUNT THREE

On or about September 3, 2010, in the District of Connecticut and elsewhere, ROLAND PREJEAN a/k/a Gary Joseph Gravelle, the defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication, which was addressed to another person, and threatened to injure the person of another, to wit, a letter, dated September 3, 2010, addressed to a Superior Court Judge, known to the Grand Jury but not named herein, at the "Judicial District Courthouse, 70 Huntington St., New London, Ct. 06320," in which he had placed a substance and a letter bearing the words "Liquid Anthrax".

In violation of Title 18, United States Code, Section 876(c).

### COUNT FOUR

On or about September 3, 2010, in the District of Connecticut, ROLAND PREJEAN a/k/a Gary Joseph Gravelle, the defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication, which was addressed to a another person, and threatened to injure the person of another, to wit, a letter, dated September 3, 2010, addressed to an individual, known to the Grand Jury but not named herein, at "65 Center St. Thomaston, CT 06787".

In violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

On or about September 3, 2010, in the District of Connecticut and elsewhere, ROLAND PREJEAN a/k/a Gary Joseph Gravelle, the defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication, which was addressed to another person and threatened to injure the person of another, to wit, a letter, dated September 3, 2010, addressed to a Probation Officer, known to the Grand Jury but not named herein, at "80 Doyle Rd., Bantam, Ct. 06750".

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
DEIRDRE M. DALY
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY