# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 3:10cr206 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROLAND PREJEAN | : | |
| | : | |
| Defendant. | : | |

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on July 22, 2013 be amended in part as follows:

**Restitution will commence only after the defendant is released from federal custody as inmates are limited to a certain amount of money both in earnings and on there books.**

In all other respects the Judgment and Order of Commitment entered by this Court on July 22, 2013 remains the same.

IT IS SO ORDERED.


/s/ Warren W. Eginton
Warren W. Eginton,
Senior United States District Judge

Dated at Bridgeport, Connecticut this 30th day of July 2013.

1